EXHIBIT A - LIQUIDATION ANALYSIS (Assuming $10mm Sales Price)

| ASSETS | THE PLAN | CHAPTER 7 |
|---|---|---|
| Proceeds from sale of Properties | 10,000,000.00 | 10,000,000.00 |
| CFA Cash Collateral | 491,069.00 | 491,069.00 |
| **TOTAL ASSETS** | **10,491,069.00** | **10,491,069.00** |

**LIABILITIES**

Unclassified
Administrative Claims

| | | THE PLAN | CHAPTER 7 |
|---|---|---|---|
| | US Trustee | 30,000 | 5,000 |
| | Professional Fees | 100,000 | 100,000 |
| | Priority Tax Claims | 18,088.45 | 18,088.45 |
| | Broker | 0 | tbd |
| | Liquidating Trustee | 25,000 | 0 |
| CFA Secured Claim | | 10,000,000.00 | 11,233,306.46 |
| Classified Priority | | 5,000 | 5,000 |
| Chapter 7 Trustee Professional Expenses | | 0 | 150,000.00 |
| **TOTAL LIABILITIES** | | **10,178,088** | **11,511,394.91** |
| Amount Available for Unsecured Claims | | 312,981 | -1,020,326 |
| Percentage Recovery for Unsecured Creditors | | 27.831% | 0.000% |

Note: Liquidating Trustee's fees assumes 40 hours of work over 1 year plus the cost of securing a bond

EXHIBIT A - LIQUIDATION ANALYSIS (Assuming $10.6mm Sales Price)

| ASSETS | THE PLAN | CHAPTER 7 |
|---|---|---|
| Proceeds from sale of Properties | 10,600,000.00 | 10,600,000.00 |
| CFA Cash Collateral | 491,069.00 | 491,069 |
| **TOTAL ASSETS** | **11,091,069.00** | **11,091,069.00** |

**LIABILITIES**

Unclassified
Administrative Claims

| | THE PLAN | CHAPTER 7 |
|---|---|---|
| US Trustee | 30,000 | 5,000.00 |
| Professional Fees | 100,000 | 100,000 |
| Priority Tax Claims | 18,088.45 | 18,088.45 |
| Broker | 477,000.00 | tbd |
| Liquidating Trustee | 25,000.00 | 0 |
| CFA Secured Claim | 10,123,000.00 | 11,233,306.46 |
| Classified Priority | 5,000 | 5,000 |
| Chapter 7 Trustee Professional Expenses | 0 | 150,000.00 |
| **TOTAL LIABILITIES** | **10,778,088** | **11,511,394.91** |
| Amount Available for Unsecured Claims | 312,981 | -420,326 |
| Percentage Recovery for Unsecured Creditors | 27.831% | 0.000% |

Note: Liquidating Trustee's fees assumes 40 hours of work over 1 year plus the cost of securing a bond